IN THE SUPREME COURT OF THE STATE OF NEVADA

| IN THE MATTER OF THE HONORABLE DAWN HAVILAND. | No. 73854 **FILED** |
|---|---|

OCT 31 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on August 29, 2017, with the filing of a certified copy of the Certified Findings of Fact, Conclusions of Law and Imposition of Discipline. *See* Procedural Rules of the Nevada Commission on Judicial Discipline (PRJDC), Rule 28(2) (upon the filing of adoption and filing of a decision, the commission must file a certified copy of the decision with the clerk of the Supreme Court). Respondent did not subsequently file a notice of appeal with the clerk of the commission. *See* PRJDC 34(2); NRAP 3D(d). Accordingly, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____ , C.J.

cc: Marquis Aurbach Coffing
Law Offices of Kathleen M. Paustian, Chartered
Nevada Commission on Judicial Discipline

17-37242